CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES [X] DISTRICT COURT  [ ] COURT OF APPEALS  [ ] OTHER

IN THE CASE OF: United States v. Ernest D. Chavez

FOR AT:

[X] FILED  [ ] LODGED
APR 30 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

PERSON REPRESENTED (Show your full name): Ernest D. Chavez

1 [X] Defendant
2 [ ] Defendant
3 [ ] Appellant
4 [ ] Probationer
5 [ ] Supervisee
6 [ ] Habeas Petitioner
7 [ ] 2255 Petitioner
8 [ ] Material Witness
9 [ ] Other (Specify)

CHARGE/OFFENSE (Describe if applicable & check box→) [X] Felony  [ ] Misdemeanor

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Do you have a job? [ ] Yes [ ] No
- IF YES, how much do you earn per month? _____
- Will you still have a job after this arrest? [ ] Yes [ ] No [ ] Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $8000 | |
| Boat | $ | |
| Stocks/bonds | $ | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
- Do you have any cash, or money in savings or checking accounts? [ ] Yes [ ] No
- IF YES, give the total approximate amount after monthly expenses $_____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $1980 | $ |
| Groceries | $350 | $ |
| Medical expenses | $ | $ |
| Utilities | $~~200~~ 400 | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ | $ |
| Childcare | $ | $ |
| Child support | $200 | $ |
| Insurance | $125 | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION): [signed]

Date: 4/30/2025